# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2123
Lower Tribunal No. 24-2849-CP-02
_____

**Ivan Villavicencio,**
Appellant,

vs.

**Martin Villavicencio,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose Fernandez, Judge.

Chepenik Trushin LLP, and Joshua R. Williams and Iovanna Borjas Jimenez, for appellant.

Behar Law P.A., and Jacobeli J. Behar, for appellee.

Before EMAS, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.